IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**Richard Lupardus, on Behalf of Himself And on Behalf of All Others Similarly Situated,**

    **Plaintiff,**

v.                                   **Civil Action No. 2:19-cv-00529**

**Elk Energy Services, LLC,**

    **Defendant.**

## UNOPPOSED MOTION TO APPROVE SETTLEMENT

Plaintiff Richard Lupardus respectfully moves the Court for an order approving the settlement in this matter. For the reasons set forth in the accompanying memorandum in support, Plaintiff respectfully requests the Court grant this Motion.

Dated: April 27, 2021.

                                            Respectfully submitted,

                                            By: */s/ John Neuman*
                                            John Neuman
                                            SOSA-MORRIS NEUMAN
                                            ATTORNEYS AT LAW
                                            jneuman@smnlawfirm.com
                                            Texas State Bar No. 24083560
                                            5612 Chaucer Drive
                                            Houston, Texas 77005
                                            Telephone: (281) 885-8630
                                            Facsimile: (281) 885-8813

                                            LEAD ATTORNEY IN CHARGE FOR PLAINTIFF AND CLASS MEMBERS

Local Counsel:
Mark A. Toor, Esq, (WVSB #5228)
10 Hale Street, 2nd Floor
Charleston, WV 25301
304-380-2111
mark@marktoor.com

**CERTIFICATE OF CONFERENCE**

    I certified that I have conferred with counsel for Defendant regarding this motion. Defendant is not opposed.

                        */s/ John Neuman*
                        John Neuman

**CERTIFICATE OF SERVICE**

    I certify that on April 27, 2021 I filed this document through the Southern District of West Virginia's CM/ECF system which will provide a copy to all counsel of record by electronic mail.

                        */s/ John Neuman*
                        John Neuman