# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**Richard Lupardus, on Behalf of Himself And on Behalf of All Others Similarly Situated,**

    **Plaintiff,**

v.                                                                  **Civil Action No. 2:19-cv-00529**

**Elk Energy Services, LLC,**

    **Defendant.**

## DECLARATION OF JOHN NEUMAN

The Undersigned declares as follows:

1. My name is John Neuman. I am over the age of twenty-one years of age, of sound mind, and competent to make this declaration. I swear under penalty of perjury that the facts stated within this declaration are true and correct.

2. I am the attorney in charge of the Plaintiffs in this action. The Court has requested that we provide an itemization of the attorneys' fees accrued in this action and to identify which time entries are attributable to time spent on the individuals that Plaintiff dismissed from this action. Our fee report is attached.

3. On that fee report, there are three billers identified. JN is myself, John Neuman. BSM is my law partner Beatriz Sosa-Morris. PARA represents legal assistant time. This report is redacted to protect attorney-client communications, namely the identity of the individual our firm communicated with and the subject matter of that communication.

4. I have highlighted the line items which I believe are attributable to work spent exclusively on the claims of the individuals we dismissed from this action. The total of this time equals 11 hours for a total of $2,100.

1

5. The time attributable solely to the dismissed claimants from the fee report is represented by the following table:

| Entry # | Date | Biller | Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 109 | 1/21/2021 | JN | $350 | 0.2 | $ 70.00 | Email with Defendant re: plaintiffs without any FLSA damages |
| 110 | 2/11/2021 | JN | $350 | 0.6 | $ 210.00 | Draft dismissal stipulation for plaintiffs that do not have damages |
| 112 | 2/16/2021 | JN | $350 | 0.1 | $ 35.00 | Email with defendant regarding dismissal stipulation |
| 113 | 2/17/2021 | BSM | $350 | 0.1 | $ 35.00 | review need for turnback letters to clients who do not have FLSA claims |
| 116 | 2/19/2021 | JN | $350 | 0.3 | $ 105.00 | Review court's order denying dismissal |
| 117 | 2/19/2021 | BSM | $350 | 0.1 | $ 35.00 | review denial of dismissal stip |
| 118 | 2/19/2021 | BSM | $350 | 0.5 | $ 175.00 | discussed denial of dismissal with JN, research issue of partial dismissal in collective actions |
| 120 | 3/3/2021 | JN | $350 | 2.2 | $ 770.00 | Research Wva cases on FLSA settlement approval, draft motion and memo in support of dismissing non damage plaintiffs |
| 123 | 3/17/2021 | JN | $350 | 0.2 | $ 70.00 | Email with defendant re copy of motion to dismiss non damage plaintiffs |
| 131 | 6/25/2021 | JN | $350 | 0.4 | $ 140.00 | Review order from Court re additional information needed on fees |
| 132 | 6/28/2021 | JN | 350 | 1.3 | $ 455.00 | Draft declaration in support of settlement approval, review fee report |

6. There is additional work reflected in the fee report that concerns work on the claims of the settlement Plaintiffs and the dismissed Plaintiffs that cannot be divided. Specifically, time entry numbers 106 and 107 reflect time spent analyzing the records Defendant produced and calculating the damages we believe each Plaintiff is owed. This entailed examining the pay and time records for each Plaintiff on a week by week basis using time sheets and

payroll records produced by the Defendant. Both the settlement Plaintiffs and the dismissed Plaintiffs had their records analyzed in this same process. Through this process it was determined that the dismissed Plaintiffs were paid in a different manner than the settlement Plaintiffs. It was also determined that the dismissed Plaintiffs worked subsequent to the pay policies that gave rise to this lawsuit. Given that these time entries benefited the Plaintiffs that will receive compensation under the settlement, we respectfully request that the Court not reduce the time attributable to these tasks.

7. I believe that the remainder of the time our firm spent on this case is accurately attributable to the claims of the Plaintiffs that will receive compensation as a result of this settlement. That work includes legal research, drafting the complaint, litigating the motion for conditional certification, providing notice, negotiating the settlement, and drafting the release paperwork.

Signed on June 29, 2021.

*/s/ John Neuman*
John Neuman

| Entry # | Date | Biller | Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 1 | 7/1/2019 | JN | $ 350.00 | 2 | $ 700.00 | ▮▮▮▮▮, research company, search for previous case filed against Elk Energy |
| 2 | 7/3/2019 | JN | $ 350.00 | 1.3 | $ 455.00 | ▮▮▮▮▮ ▮▮▮▮▮, research venue |
| 3 | 7/11/2019 | BSM | $ 350.00 | 1.6 | $ 560.00 | research/reviewed state wage law for potential violations; reviewed new federal case laws re: FLSA in West Virginia |
| 4 | 7/11/2019 | JN | $ 350.00 | 1 | $ 350.00 | Phone call with local counsel re venue issues, draft local counsel agreement |
| 5 | 7/17/2019 | JN | $ 350.00 | 1.4 | $ 490.00 | Draft/revise original complaint, send same to local counsel for filing |
| 6 | 7/19/2019 | JN | $ 350.00 | 0.3 | $ 105.00 | Communicate with process server re service of process |
| 7 | 7/25/2019 | JN | $ 350.00 | 0.3 | $ 105.00 | Draft PHV motion |
| 8 | 7/26/2019 | JN | $ 350.00 | 0.5 | $ 175.00 | Draft statement of visiting attorney for WV state bar |
| 9 | 7/26/2019 | BSM | $ 350.00 | 0.1 | $ 35.00 | review charges for pro hac fee to state bar; 358.00 |
| 10 | 8/28/2019 | JN | $ 350.00 | 0.8 | $ 280.00 | Review answer and affirmative defenses, research into defendant's counsel |
| 11 | 8/29/2019 | JN | $ 350.00 | 0.2 | $ 70.00 | Review order and notice, calendar deadlines |
| 12 | 9/25/2019 | JN | $ 350.00 | 0.5 | $ 175.00 | Draft planning conference meeting |
| 13 | 9/26/2019 | JN | $ 350.00 | 1.2 | $ 420.00 | Prepare for and attend Rule 26 planning meeting |
| 14 | 10/16/2019 | JN | $ 350.00 | 2.5 | $ 875.00 | Review defendant's settlement offer letter and records produced with it, create damage model for Plaintiff |
| 15 | 10/18/2019 | JN | $ 350.00 | 1.8 | $ 630.00 | Draft ROGS, RFAs, RFPs to Elk |
| 16 | 10/21/2019 | JN | $ 350.00 | 0.1 | $ 35.00 | Serve initial discovery |
| 17 | 10/21/2019 | JN | $ 350.00 | 0.4 | $ 140.00 | Review discovery served by Defendant |
| 18 | 10/21/2019 | BSM | $ 350.00 | 0.4 | $ 140.00 | reviewed discovery served by D; saved in file |
| 19 | 10/28/2019 | JN | $ 350.00 | 0.5 | $ 175.00 | Draft initial disclosures |
| 20 | 10/28/2019 | JN | $ 350.00 | 1.3 | $ 455.00 | Review docket in Acosta v. TEAM Environmental, download all briefs and orders |

| Entry # | Date | Biller | Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 21 | 10/29/2019 | BSM | $ 350.00 | 0.5 | $ 175.00 | review defendant's payment system, calculate damage scenarios |
| 22 | 10/31/2019 | JN | $ 350.00 | 0.1 | $ 35.00 | Review defendant's initial disclosures |
| 23 | 11/4/2019 | BSM | $ 350.00 | 0.2 | $ 70.00 | went over discovery responses with paralegal HS |
| 24 | 1/17/2020 | BSM | $ 350.00 | 0.5 | $ 175.00 | went over discovery responses with paralegal HS |
| 25 | 1/17/2020 | PARA | $ 125.00 | 1.5 | $ 187.50 | draft/revise discovery responses; spoke to ▮▮▮ |
| 26 | 1/21/2020 | JN | $ 350.00 | 0.3 | $ 105.00 | Review documents sent by client |
| 27 | 1/21/2020 | JN | $ 350.00 | 3 | $ 1,050.00 | Draft responses to Defendant's RFPs and ROGs, bates label and produce responsive documents |
| 28 | 1/21/2020 | BSM | $ 350.00 | 1 | $ 350.00 | review/revise draft responses to D (RFP, ROG) |
| 29 | 1/21/2020 | BSM | $ 350.00 | 0.1 | $ 35.00 | sent discovery responses to Defense counsel |
| 30 | 1/24/2020 | JN | $ 350.00 | 0.7 | $ 245.00 | Review Defendant's discovery responses |
| 31 | 1/28/2020 | JN | $ 350.00 | 1.1 | $ 385.00 | Research into other conditional certification orders issued by our Court |
| 32 | 1/29/2020 | JN | $ 350.00 | 6.5 | $ 2,275.00 | Draft motion for conditional certification |
| 33 | 1/30/2020 | JN | $ 350.00 | 4 | $ 1,400.00 | Further work on motion for conditional certification, draft notice of rights |
| 34 | 2/3/2020 | BSM | $ 350.00 | 1.75 | $ 612.50 | draft/revise Declaration for Cond. Cert; Cond. Cert. Mtn. |
| 35 | 2/3/2020 | BSM | $ 350.00 | 0.7 | $ 245.00 | draft Notice of rights |
| 36 | 2/3/2020 | BSM | $ 350.00 | 0.3 | $ 105.00 | draft Proposed Order for Cond. Cert. Mtn. |
| 37 | 2/3/2020 | JN | $ 350.00 | 1.2 | $ 420.00 | Phone call with ▮▮▮ |
| 38 | 2/4/2020 | JN | $ 350.00 | 3.5 | $ 1,225.00 | Finalize and file conditional certification motion |
| 39 | 2/18/2020 | JN | $ 350.00 | 1.5 | $ 525.00 | Review Defendant's conditional certification response brief |
| 40 | 2/19/2020 | BSM | $ 350.00 | 1.2 | $ 420.00 | review documents provided by client including employee pay package worksheet |

| Entry # | Date | Biller | Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 41 | 2/21/2020 | JN | $ 350.00 | 6 | $ 2,100.00 | Draft conditional certification reply brief |
| 42 | 2/21/2020 | BSM | $ 350.00 | 0.9 | $ 315.00 | review/revise cond. cert. reply brief |
| 43 | 2/24/2020 | JN | $ 350.00 | 3 | $ 1,050.00 | Further work on conditional certification reply brief |
| 44 | 2/28/2020 | PARA | $ 350.00 | 0.2 | $ 70.00 | draft letter to opposing counsel with discovery production documents |
| 45 | 3/5/2020 | JN | $ 350.00 | 0.4 | $ 140.00 | Review Defendant's discovery dispute letter |
| 46 | 3/5/2020 | BSM | $ 350.00 | 2.6 | $ 910.00 | review D's discovery dispute letter; research discovery orders in West Virginia Federal Court |
| 47 | 3/5/2020 | BSM | $ 350.00 | 0.2 | $ 70.00 | requested extension to respond to D's discovery dispute letter from D (Joseph Leonoro) |
| 48 | 3/27/2020 | JN | $ 350.00 | 1.5 | $ 525.00 | Draft supplemental Rule 26 disclosures, create and produce damage model |
| 49 | 3/27/2020 | BSM | $ 350.00 | 0.2 | $ 70.00 | draft/revise first supplemental disclosures |
| 50 | 3/28/2020 | BSM | $ 350.00 | 0.2 | $ 70.00 | draft email to ▆▆▆▆▆▆ |
| 51 | 4/15/2020 | BSM | $ 350.00 | 0.5 | $ 175.00 | meeting with JN re: case status; deadlines; case strategy |
| 52 | 4/15/2020 | JN | $ 350.00 | 0.8 | $ 280.00 | Draft motion to stay case and memo in support |
| 53 | 4/17/2020 | JN | $ 350.00 | 0.3 | $ 105.00 | Emails with defendant regarding motion to stay pending cert motion |
| 54 | 5/14/2020 | JN | $ 350.00 | 0.4 | $ 140.00 | Review order extending deadlines, calendar new deadlines |
| 55 | 5/14/2020 | BSM | $ 350.00 | 0.3 | $ 105.00 | review Order granting Motion to stay case and continue deadlines; |
| 56 | 7/20/2020 | JN | $ 350.00 | 0.1 | $ 35.00 | Email with defendant re moving deadlines while cert motion is pending |
| 57 | 7/22/2020 | JN | $ 350.00 | 0.3 | $ 105.00 | Draft motion to extend deadlines and memo in support |
| 58 | 7/28/2020 | JN | $ 350.00 | 1 | $ 350.00 | Review order granting certification |
| 59 | 8/4/2020 | JN | $ 350.00 | 0.8 | $ 280.00 | Revise notice of rights |

| Entry # | Date | Biller | Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 60 | 8/7/2020 | JN | $ 350.00 | 0.5 | $ 175.00 | Draft Plaintiff's submission of conditional cert notice materials and notice plan |
| 61 | 8/11/2020 | JN | $ 350.00 | 0.2 | $ 70.00 | Review new DCO and calendar deadlines |
| 62 | 8/11/2020 | JN | $ 350.00 | 0.3 | $ 105.00 | Email with defendant regarding sending class list and issues with notice plan |
| 63 | 8/17/2020 | JN | $ 350.00 | 1.5 | $ 525.00 | Review class list from defendant, convert class list into useable format, send to NCOA vendor |
| 64 | 8/17/2020 | BSM | $ 350.00 | 0.2 | $ 70.00 | review class list from Defendant |
| 65 | 8/18/2020 | JN | $ 350.00 | 0.2 | $ 70.00 | Email with Defendant re issue of posting notice online |
| 66 | 8/20/2020 | JN | $ 350.00 | 0.5 | $ 175.00 | Finalize notice of rights and consent |
| 67 | 8/20/2020 | BSM | $ 350.00 | 1.5 | $ 525.00 | create webpage for notice of rights |
| 68 | 8/20/2020 | JN | $ 350.00 | 0.4 | $ 140.00 | Emails with Defendant re contents of conditional cert notice |
| 69 | 8/24/2020 | JN | $ 350.00 | 0.2 | $ 70.00 | Draft motion for approval of notice documents |
| 70 | 8/30/2020 | BSM | $ 350.00 | 0.1 | $ 35.00 | review email from ▓▓▓▓ |
| 71 | 8/30/2020 | PARA | $ 125.00 | 8 | $ 1,000.00 | Print notices, package and mail notices |
| 72 | 8/31/2020 | BSM | $ 350.00 | 0.7 | $ 245.00 | sent email notice to opt in plaintiffs |
| 73 | 9/1/2020 | BSM | $ 350.00 | 0.2 | $ 70.00 | review email from ▓▓▓▓ |
| 74 | 9/4/2020 | JN | $ 350.00 | 0.4 | $ 140.00 | Draft notice of filing, redact consent forms |
| 75 | 9/8/2020 | BSM | $ 350.00 | 0.1 | $ 35.00 | review email from ▓▓▓▓ |
| 76 | 9/11/2020 | JN | $ 350.00 | 0.5 | $ 175.00 | Draft and file notice of filing, redact consent forms |
| 77 | 9/25/2020 | JN | $ 350.00 | 0.5 | $ 175.00 | Draft and file notice of filing, redact consent forms |
| 78 | 9/30/2020 | BSM | $ 350.00 | 0.2 | $ 70.00 | went over reminder notice with Paralegal Ana |
| 79 | 9/30/2020 | PARA | $ 125.00 | 8 | $ 1,000.00 | sent reminder notice and text message notice |
| 80 | 10/6/2020 | PARA | $ 125.00 | 0.2 | $ 25.00 | call ▓▓▓▓ ▓▓▓▓ |

| Entry # | Date | Biller | Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 81 | 10/6/2020 | BSM | $ 350.00 | 0.1 | $ 35.00 | review |
| 82 | 10/8/2020 | JN | $ 350.00 | 0.1 | $ 35.00 | Email with defendant re needing to move deadlines |
| 83 | 10/9/2020 | JN | $ 350.00 | 0.5 | $ 175.00 | File notice of filing consents |
| 84 | 10/20/2020 | BSM | $ 350.00 | 1.5 | $ 525.00 | Draft Motion to Extend deadlines for new deadlines following notice period |
| 85 | 10/21/2020 | BSM | $ 350.00 | 0.4 | $ 140.00 | Review new DCO and put all deadlines on calendar |
| 86 | 10/21/2020 | PARA | $ 125.00 | 1 | $ 125.00 | Scan and save 470 pages of discovery |
| 87 | 10/21/2020 | BSM | $ 350.00 | 1.7 | $ 595.00 | Review discovery served by Defendant on all the opt-ins, research circuit cases on limiting discovery to opt-in plaintiffs, email Defendant re need to come up with a discovery plan |
| 88 | 10/21/2020 | PARA | $ 125.00 | 0.5 | $ 62.50 | calendar new deadlines |
| 89 | 10/26/2020 | BSM | $ 350.00 | 0.5 | $ 175.00 | discussed with paralegal the close of the opt-in deadline and review of any returned mailing/notices |
| 90 | 10/26/2020 | JN | $ 350.00 | 0.1 | $ 35.00 | email correspondence |
| 91 | 10/28/2020 | BSM | $ 350.00 | 0.6 | $ 210.00 | Review voluminous records provided |
| 92 | 10/28/2020 | BSM | $ 350.00 | 0.5 | $ 175.00 | correspondence with |
| 93 | 10/29/2020 | BSM | $ 350.00 | 0.4 | $ 140.00 | Draft notice of filing consent forms |
| 94 | 10/29/2020 | BSM | $ 350.00 | 1.4 | $ 490.00 | Multiple emails and phone call with |
| 95 | 10/29/2020 | PARA | $ 125.00 | 1 | $ 125.00 | Updated client contact spreadsheet |
| 96 | 10/30/2020 | BSM | $ 350.00 | 0.3 | $ 105.00 | Draft notice of filing consent forms |
| 97 | 11/2/2020 | BSM | $ 350.00 | 1.3 | $ 455.00 | Multiple emails and phone call with |
| 98 | 11/13/2020 | JN | $ 350.00 | 0.5 | $ 175.00 | Phone call with |

| Entry # | Date | Biller | Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 99 | 11/16/2020 | BSM | $ 350.00 | 0.2 | $ 70.00 | interview ▓▓▓▓▓ |
| 100 | 11/23/2020 | JN | $ 350.00 | 0.1 | $ 35.00 | Email with defendant re setting up call |
| 101 | 11/25/2020 | JN | $ 350.00 | 0.4 | $ 140.00 | Prep for and attend status conference call with defendant |
| 102 | 12/15/2020 | JN | $ 350.00 | 0.1 | $ 35.00 | Email to defendant re status of record production |
| 103 | 12/28/2020 | JN | $ 350.00 | 0.3 | $ 105.00 | Received letter from Defendant with records for opt-in Plaintiffs |
| 104 | 12/30/2020 | JN | $ 350.00 | 0.1 | $ 35.00 | Email to defendant re missing records from initial production |
| 105 | 1/11/2021 | BSM | $ 350.00 | 0.2 | $ 70.00 | email correspondence from client ▓▓▓▓▓ |
| 106 | 1/13/2021 | JN | $ 350.00 | 6 | $ 2,100.00 | Work on damage model for opt-in Plaintiffs |
| 107 | 1/14/2021 | JN | $ 350.00 | 3.4 | $ 1,190.00 | Work on damage model for opt-in Plaintiffs |
| 108 | 1/18/2021 | JN | $ 350.00 | 3.6 | $ 1,260.00 | Draft demand letter, research related to demand letter |
| 109 | 1/21/2021 | JN | $ 350.00 | 0.2 | $70.00 | Email with Defendant re: plaintiffs without any FLSA damages |
| 110 | 2/11/2021 | JN | $ 350.00 | 0.6 | $210.00 | Draft dismissal stipulation for plaintiffs that do not have damages |
| 111 | 2/15/2021 | JN | $ 350.00 | 0.7 | $ 245.00 | Draft Corp Rep Depo notice |
| 112 | 2/16/2021 | JN | $ 350.00 | 0.1 | $35.00 | Email with defendant regarding dismissal stipulation |
| 113 | 2/17/2021 | BSM | $ 350.00 | 0.1 | $35.00 | review need for turnback letters to clients who do not have FLSA claims |
| 114 | 2/18/2021 | JN | $ 350.00 | 0.4 | $ 140.00 | Review defendant's demand response |
| 115 | 2/18/2021 | JN | $ 350.00 | 0.2 | $ 70.00 | Settlement discussion emails with defendant |
| 116 | 2/19/2021 | JN | $ 350.00 | 0.3 | $105.00 | Review court's order denying dismissal |
| 117 | 2/19/2021 | BSM | $ 350.00 | 0.1 | $35.00 | review denial of dismissal stip |
| 118 | 2/19/2021 | BSM | $ 350.00 | 0.5 | $175.00 | discussed denial of dismissal with JN, research issue of partial dismissal in collective actions |
| 119 | 2/26/2021 | JN | $ 350.00 | 0.1 | $ 35.00 | Email with defendant regarding settlement discussions |

| Entry # | Date | Biller | Rate | Time | Amount | Description |
|---|---|---|---|---|---|---|
| 120 | 3/3/2021 | JN | $ 350.00 | 2.2 | $770.00 | Research Wva cases on FLSA settlement approval, draft motion and memo in support of dismissing non damage plaintiffs |
| 121 | 3/4/2021 | JN | $ 350.00 | 0.3 | $ 105.00 | Email with defendant regarding settlement, calculating net payments based on offer |
| 122 | 3/12/2021 | JN | $ 350.00 | 0.1 | $ 35.00 | Email with defendant regarding drafting of settlement agreement |
| 123 | 3/17/2021 | JN | $ 350.00 | 0.2 | $70.00 | Email with defendant re copy of motion to dismiss non damage plaintiffs |
| 124 | 3/24/2021 | JN | $ 350.00 | 0.1 | $ 35.00 | Email with ▓▓▓▓▓▓ |
| 125 | 3/25/2021 | JN | $ 350.00 | 0.2 | $ 70.00 | Email to Defendant re ideas on structuring settlement |
| 126 | 3/31/2021 | JN | $ 350.00 | 3.4 | $ 1,190.00 | Revise settlement agreement provided by Defendant |
| 127 | 3/31/2021 | BSM | $ 350.00 | 1 | $ 350.00 | review/revise settlement agreement |
| 128 | 4/5/2021 | JN | $ 350.00 | 0.1 | $ 35.00 | Email with defendant regarding tax distribution plan for settlement |
| 129 | 4/8/2021 | JN | $ 350.00 | 0.4 | $ 140.00 | Review and approve final settlement agreement |
| 130 | 4/9/2021 | JN | $ 350.00 | 4 | $ 1,400.00 | Revise motion to approve settlement |
| 131 | 6/25/2021 | JN | $ 350.00 | 0.4 | $140.00 | Review order from Court re additional information needed on fees |
| 132 | 6/28/2021 | JN | $ 350.00 | 1.3 | $455.00 | Draft declaration in support of settlement approval, review fee report |
| | | Totals | | 135.75 | $ 42,967.50 | |